

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00445-CV

Jimmy and Cherly **WILLIAMS**,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on September 21, 2020. *See* TEX. R. APP. P. 35.1(b). After the due date, court reporter Cynthia S. Hyatt filed a notification of late record. She requested an extension of time to file the reporter's record until October 1, 2020.

The request is GRANTED. The reporter's record is due on October 1, 2020. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court